**Employer Name:** SEI Investments
**Employer Phone:** 610-676-1000
**Employer Address:** One Freedom Valley Drive Oaks, PA 19456

**Employee Name:** Morgan Collins
**Employee #:** 19616
**Employee Address:** 48 Bittersweet Court Norristown, PA 19403
**Department:** 42017 Leveraged Tax Reporting
**Job Title:** Operations Specialist I

**Pay Date:** 9/20/2024
**Pay Period:** 9/9/2024 - 9/22/2024
**Time Collection:** 8/26/2024 - 9/8/2024
**Deposit Advice #:** 828547887
**Pay Frequency:** Bi-Weekly
**Pay Rate:** $2,319.23
**Federal Filing Status:** Single
**Federal 2c/Extra Withholding:** No/$0.00
**Local Exemptions:** 0 (Upper Providence)
**State Filing Status:** Single (PA)
**State Exemptions:** 0/$0.00 (PA)

|  | Current 9/9/2024 - 9/22/2024 | | | YTD As of 9/22/2024 | |
|---|---|---|---|---|---|
|  | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 80.00 |  | $3,017.02 | 1,520.00 | $51,776.12 |
| REGULAR | 80.00 | 28.9904 | $2,319.23 | 1,520.00 | $42,905.38 |
| INCENTIVE COMP |  |  |  |  | $3,600.00 |
| RETRO PAY |  |  |  |  | $892.00 |
| TUITION - TAXABLE |  |  | $697.79 |  | $3,263.74 |
| STD @70% |  |  |  |  | $1,115.00 |
| **Taxable Benefits** |  |  | $1.94 |  | $435.21 |
| GROUP TERM LIFE |  |  | $1.94 |  | $35.21 |
| FRINGE OTHER |  |  |  |  | $400.00 |
| **Memo Information** |  |  | $2,793.89 |  | $53,643.70 |
| 401K ER MATCH |  |  | $231.92 |  | $1,391.52 |
| HEALTH CARE BENEFIT |  |  | $242.74 |  | $4,854.80 |
| 401K ELIGIBLE EARNINGS |  |  | $2,319.23 |  | $47,397.38 |
| **Pre-Tax Deductions** |  |  | $289.92 |  | $2,551.52 |
| 401K |  |  | $231.92 |  | $1,391.52 |
| DENTAL PRETAX |  |  | $4.00 |  | $80.00 |
| MEDICAL PRETAX |  |  | $54.00 |  | $1,080.00 |
| **Taxes** |  |  | $465.12 |  | $10,291.10 |
| Fed W/H |  |  | $167.44 |  | $4,484.50 |
| FICA EE |  |  | $140.32 |  | $2,962.83 |
| Fed MWT EE |  |  | $32.82 |  | $692.92 |
| PA W/H |  |  | $90.84 |  | $1,566.18 |
| PA UT EE |  |  | $2.11 |  | $36.52 |
| UpProvTwpW/H-M |  |  | $29.59 |  | $510.15 |
| UpProvTwpLST-M |  |  | $2.00 |  | $38.00 |
|  | Routing # | Account # | Amount |  | Amount |
| **Net Pay** |  |  | $2,261.98 |  | $38,933.50 |
| Direct Deposit | 083000137 | XXXXX5187 | $2,261.98 |  |  |

**Other Payroll Information**

| YTD 401K Eligible Earnings | $47,397.38 |
|---|---|

**Accruals & Balances**

| US-PTO - Hours (Grant) Balance: | 192.00 Hours |
|---|---|
| US-Floating Holiday - Hours Balance: | 16.00 Hours |
| PTO Carryover - Hours Balance: | 40.00 Hours |
| Military Leave Paid Balance: | 0.00 Hours |
| US-Volunteer PTO - Hours (Grant) Balance: | 16.00 Hours |



Page 1 of 1

**sei**

| | | |
|---|---|---|
| **Employee Name:** | Morgan Collins | |
| **Employee #:** | 19616 | |
| **Employee Address:** | 48 Bittersweet Court, Norristown, PA 19403 | |
| **Department:** | 42017 Leveraged Tax Reporting | |
| **Job Title:** | Operations Specialist I | |
| **Pay Date:** | 10/4/2024 | |
| **Pay Period:** | 9/23/2024 - 10/6/2024 | |
| **Time Collection:** | 9/9/2024 - 9/22/2024 | |
| **Deposit Advice #:** | 835165208 | |
| **Pay Frequency:** | Bi-Weekly | |
| **Pay Rate:** | $2,319.23 | |
| **Federal Filing Status:** | Single | |
| **Federal 2c/Extra Withholding:** | No/$0.00 | |
| **Local Exemptions:** | 0 (Upper Providence) | |
| **State Filing Status:** | Single (PA) | |
| **State Exemptions:** | 0/$0.00 (PA) | |

| **Employer Name:** | SEI Investments |
|---|---|
| **Employer Phone:** | 610-676-1000 |
| **Employer Address:** | One Freedom Valley Drive, Oaks, PA 19456 |

| | Current 9/23/2024 - 10/6/2024 | | | YTD As of 10/6/2024 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | 80.00 | | $2,319.23 | 1,600.00 | $54,095.35 |
| REGULAR | 80.00 | 28.9904 | $2,319.23 | 1,600.00 | $45,224.61 |
| INCENTIVE COMP | | | | | $3,600.00 |
| RETRO PAY | | | | | $892.00 |
| TUITION - TAXABLE | | | | | $3,263.74 |
| STD @70% | | | | | $1,115.00 |
| **Taxable Benefits** | | | $1.94 | | $437.15 |
| GROUP TERM LIFE | | | $1.94 | | $37.15 |
| FRINGE OTHER | | | | | $400.00 |
| **Memo Information** | | | $2,561.97 | | $56,205.67 |
| 401K ER MATCH | | | | | $1,391.52 |
| HEALTH CARE BENEFIT | | | $242.74 | | $5,097.54 |
| 401K ELIGIBLE EARNINGS | | | $2,319.23 | | $49,716.61 |
| **Pre-Tax Deductions** | | | $58.00 | | $2,609.52 |
| 401K | | | | | $1,391.52 |
| DENTAL PRETAX | | | $4.00 | | $84.00 |
| MEDICAL PRETAX | | | $54.00 | | $1,134.00 |
| **Taxes** | | | $464.06 | | $10,755.16 |
| Fed W/H | | | $195.27 | | $4,679.77 |
| FICA EE | | | $140.32 | | $3,103.15 |
| Fed MWT EE | | | $32.82 | | $725.74 |
| PA W/H | | | $69.42 | | $1,635.60 |
| PA UT EE | | | $1.62 | | $38.14 |
| UpProvTwpW/H-M | | | $22.61 | | $532.76 |
| UpProvTwpLST-M | | | $2.00 | | $40.00 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | $1,797.17 | | $40,730.67 |
| Direct Deposit | 083000137 | XXXXX5187 | $1,797.17 | | |

**Other Payroll Information**

| | |
|---|---|
| YTD 401K Eligible Earnings | $49,716.61 |

**Accruals & Balances**

| | |
|---|---|
| US-PTO - Hours (Grant) Balance: | 192.00 Hours |
| US-Floating Holiday - Hours Balance: | 16.00 Hours |
| PTO Carryover - Hours Balance: | 40.00 Hours |
| Military Leave Paid Balance: | 0.00 Hours |
| US-Volunteer PTO - Hours (Grant) Balance: | 16.00 Hours |

**sei**

| | | |
|---|---|---|
| **Employer Name:** | SEI Investments | |
| **Employer Phone:** | 610-676-1000 | |
| **Employer Address:** | One Freedom Valley Drive Oaks, PA 19456 | |

| | | |
|---|---|---|
| **Employee Name:** | Morgan Collins | |
| **Employee #:** | 19616 | |
| **Employee Address:** | 48 Bittersweet Court Norristown, PA 19403 | |
| **Department:** | 42017 Leveraged Tax Reporting | |
| **Job Title:** | Operations Specialist I | |

| | |
|---|---|
| **Pay Date:** | 9/6/2024 |
| **Pay Period:** | 8/26/2024 - 9/8/2024 |
| **Time Collection:** | 8/12/2024 - 8/25/2024 |
| **Deposit Advice #:** | 822238981 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | $2,319.23 |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **Local Exemptions:** | 0 (Upper Providence) |
| **State Filing Status:** | Single (PA) |
| **State Exemptions:** | 0/$0.00 (PA) |

| | Current 8/26/2024 - 9/8/2024 | | | YTD As of 9/8/2024 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | 80.00 | | **$3,411.23** | 1,440.00 | **$48,759.10** |
| REGULAR | 80.00 | 28.9904 | $2,319.23 | 1,440.00 | $40,586.15 |
| INCENTIVE COMP | | | | | $3,600.00 |
| RETRO PAY | | | | | $892.00 |
| TUITION - TAXABLE | | | $1,092.00 | | $2,565.95 |
| STD @70% | | | | | $1,115.00 |
| **Taxable Benefits** | | | **$1.94** | | **$433.27** |
| GROUP TERM LIFE | | | $1.94 | | $33.27 |
| FRINGE OTHER | | | | | $400.00 |
| **Memo Information** | | | **$2,793.89** | | **$50,849.81** |
| 401K ER MATCH | | | $231.92 | | $1,159.60 |
| HEALTH CARE BENEFIT | | | $242.74 | | $4,612.06 |
| 401K ELIGIBLE EARNINGS | | | $2,319.23 | | $45,078.15 |
| **Pre-Tax Deductions** | | | **$289.92** | | **$2,261.60** |
| 401K | | | $231.92 | | $1,159.60 |
| DENTAL PRETAX | | | $4.00 | | $76.00 |
| MEDICAL PRETAX | | | $54.00 | | $1,026.00 |
| **Taxes** | | | **$481.42** | | **$9,825.98** |
| Fed W/H | | | $167.44 | | $4,317.06 |
| FICA EE | | | $140.31 | | $2,822.51 |
| Fed MWT EE | | | $32.81 | | $660.10 |
| PA W/H | | | $102.94 | | $1,475.34 |
| PA UT EE | | | $2.39 | | $34.41 |
| UpProvTwpW/H-M | | | $33.53 | | $480.56 |
| UpProvTwpLST-M | | | $2.00 | | $36.00 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$2,639.89** | | **$36,671.52** |
| Direct Deposit | 083000137 | XXXXX5187 | $2,639.89 | | |

| **Other Payroll Information** | |
|---|---|
| YTD 401K Eligible Earnings | $45,078.15 |

| **Accruals & Balances** | |
|---|---|
| US-PTO - Hours (Grant) Balance: | 192.00 Hours |
| US-Floating Holiday - Hours Balance: | 16.00 Hours |
| PTO Carryover - Hours Balance: | 40.00 Hours |
| Military Leave Paid Balance: | 0.00 Hours |
| US-Volunteer PTO - Hours (Grant) Balance: | 16.00 Hours |

dayforce

Page 1 of 1

**sei**

| | |
|---|---|
| **Employer Name:** | SEI Investments |
| **Employer Phone:** | 610-676-1000 |
| **Employer Address:** | One Freedom Valley Drive Oaks, PA 19456 |

| | | | |
|---|---|---|---|
| **Employee Name:** | Morgan Collins | **Pay Date:** | 8/23/2024 |
| **Employee #:** | 19616 | **Pay Period:** | 8/12/2024 - 8/25/2024 |
| **Employee Address:** | 48 Bittersweet Court Norristown, PA 19403 | **Time Collection:** | 7/29/2024 - 8/11/2024 |
| **Department:** | 42017 Leveraged Tax Reporting | **Deposit Advice #:** | 815740975 |
| **Job Title:** | Operations Specialist I | **Pay Frequency:** | Bi-Weekly |
| | | **Pay Rate:** | $2,319.23 |
| | | **Federal Filing Status:** | Single |
| | | **Federal 2c/Extra Withholding:** | No/$0.00 |
| | | **Local Exemptions:** | 0 (Upper Providence) |
| | | **State Filing Status:** | Single (PA) |
| | | **State Exemptions:** | 0/$0.00 (PA) |

| | Current 8/12/2024 - 8/25/2024 | | | YTD As of 8/25/2024 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | 80.00 | | $2,319.23 | 1,360.00 | $45,347.87 |
| REGULAR | 80.00 | 28.9904 | $2,319.23 | 1,360.00 | $38,266.92 |
| INCENTIVE COMP | | | | | $3,600.00 |
| RETRO PAY | | | | | $892.00 |
| TUITION - TAXABLE | | | | | $1,473.95 |
| STD @70% | | | | | $1,115.00 |
| **Taxable Benefits** | | | $1.94 | | $431.33 |
| GROUP TERM LIFE | | | $1.94 | | $31.33 |
| FRINGE OTHER | | | | | $400.00 |
| **Memo Information** | | | $2,793.89 | | $48,055.92 |
| 401K ER MATCH | | | $231.92 | | $927.68 |
| HEALTH CARE BENEFIT | | | $242.74 | | $4,369.32 |
| 401K ELIGIBLE EARNINGS | | | $2,319.23 | | $42,758.92 |
| **Pre-Tax Deductions** | | | $289.92 | | $1,971.68 |
| 401K | | | $231.92 | | $927.68 |
| DENTAL PRETAX | | | $4.00 | | $72.00 |
| MEDICAL PRETAX | | | $54.00 | | $972.00 |
| **Taxes** | | | $436.23 | | $9,344.56 |
| Fed W/H | | | $167.44 | | $4,149.62 |
| FICA EE | | | $140.32 | | $2,682.20 |
| Fed MWT EE | | | $32.82 | | $627.29 |
| PA W/H | | | $69.42 | | $1,372.40 |
| PA UT EE | | | $1.62 | | $32.02 |
| UpProvTwpW/H-M | | | $22.61 | | $447.03 |
| UpProvTwpLST-M | | | $2.00 | | $34.00 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | $1,593.08 | | $34,031.63 |
| Direct Deposit | 083000137 | XXXXX5187 | $1,593.08 | | |

**Other Payroll Information**

| | |
|---|---|
| YTD 401K Eligible Earnings | $42,758.92 |

**Accruals & Balances**

| | |
|---|---|
| US-PTO - Hours (Grant) Balance: | 192.00 Hours |
| US-Floating Holiday - Hours Balance: | 16.00 Hours |
| PTO Carryover - Hours Balance: | 40.00 Hours |
| Military Leave Paid Balance: | 0.00 Hours |
| US-Volunteer PTO - Hours (Grant) Balance: | 16.00 Hours |

dayforce                                                                      Page 1 of 1

# sei

| | | |
|---|---|---|
| **Employer Name:** | SEI Investments | |
| **Employer Phone:** | 610-676-1000 | |
| **Employer Address:** | One Freedom Valley Drive Oaks, PA 19456 | |

| | |
|---|---|
| **Employee Name:** | Morgan Collins |
| **Employee #:** | 19616 |
| **Employee Address:** | 48 Bittersweet Court Norristown, PA 19403 |
| **Department:** | 42017 Leveraged Tax Reporting |
| **Job Title:** | Operations Specialist I |

| | |
|---|---|
| **Pay Date:** | 8/9/2024 |
| **Pay Period:** | 7/29/2024 - 8/11/2024 |
| **Time Collection:** | 7/15/2024 - 7/28/2024 |
| **Deposit Advice #:** | 809330086 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | $2,319.23 |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **Local Exemptions:** | 0 (Upper Providence) |
| **State Filing Status:** | Single (PA) |
| **State Exemptions:** | 0/$0.00 (PA) |

| | Current 7/29/2024 - 8/11/2024 | | | YTD As of 8/11/2024 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | 80.00 | | $2,319.23 | 1,280.00 | $43,028.64 |
| REGULAR | 80.00 | 28.9904 | $2,319.23 | 1,280.00 | $35,947.69 |
| INCENTIVE COMP | | | | | $3,600.00 |
| RETRO PAY | | | | | $892.00 |
| TUITION - TAXABLE | | | | | $1,473.95 |
| STD @70% | | | | | $1,115.00 |
| **Taxable Benefits** | | | $1.94 | | $429.39 |
| GROUP TERM LIFE | | | $1.94 | | $29.39 |
| FRINGE OTHER | | | | | $400.00 |
| **Memo Information** | | | $2,793.89 | | $45,262.03 |
| 401K ER MATCH | | | $231.92 | | $695.76 |
| HEALTH CARE BENEFIT | | | $242.74 | | $4,126.58 |
| 401K ELIGIBLE EARNINGS | | | $2,319.23 | | $40,439.69 |
| **Pre-Tax Deductions** | | | $289.92 | | $1,681.76 |
| 401K | | | $231.92 | | $695.76 |
| DENTAL PRETAX | | | $4.00 | | $68.00 |
| MEDICAL PRETAX | | | $54.00 | | $918.00 |
| **Taxes** | | | $436.22 | | $8,908.33 |
| Fed W/H | | | $167.44 | | $3,982.18 |
| FICA EE | | | $140.32 | | $2,541.88 |
| Fed MWT EE | | | $32.81 | | $594.47 |
| PA W/H | | | $69.42 | | $1,302.98 |
| PA UT EE | | | $1.62 | | $30.40 |
| UpProvTwpW/H-M | | | $22.61 | | $424.42 |
| UpProvTwpLST-M | | | $2.00 | | $32.00 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | $1,593.09 | | $32,438.55 |
| Direct Deposit | 083000137 | XXXXX5187 | $1,593.09 | | |

**Other Payroll Information**

| | |
|---|---|
| YTD 401K Eligible Earnings | $40,439.69 |

**Accruals & Balances**

| | |
|---|---|
| US-PTO - Hours (Grant) Balance: | 192.00 Hours |
| US-Floating Holiday - Hours Balance: | 16.00 Hours |
| PTO Carryover - Hours Balance: | 40.00 Hours |
| Military Leave Paid Balance: | 0.00 Hours |
| US-Volunteer PTO - Hours (Grant) Balance: | 16.00 Hours |