Certificate Number: 16339-PAE-DE-039001323

Bankruptcy Case Number: 24-13728



16339-PAE-DE-039001323

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 25, 2024, at 1:09 o'clock PM EDT, Morgan Collins completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: October 25, 2024            By:    /s/Kelley Tipton

                                                             Name:  Kelley Tipton

                                                             Title:    Certified Financial Counselor