United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                Case No. 24-13728-pmm
Morgan Collins                                Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                             User: admin                                  Page 1 of 3
Date Rcvd: Jan 23, 2025                     Form ID: 318                              Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Morgan Collins, 48 Bittersweet Ct, Norristown, PA 19403-2904 |
| 14937387 | + | Berkheimer Tax Administrator, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 14937404 | | PNC Financial, Attn: Bankruptcy 300Fifth Ave, Pittsburgh, PA 15222 |
| 14937411 | + | Tri Cty Fcu, 1550 Medical Dr, Pottstown, PA 19464-3225 |
| 14937413 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 14937416 | + | Westover Village Apartments, 1 Meadow Lane, Norristown, PA 19403-2913 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 24 2025 00:43:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Jan 24 2025 05:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 24 2025 00:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14937383 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 24 2025 00:43:00 | American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016 |
| 14937382 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 24 2025 01:00:14 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14937384 | | Email/PDF: bncnotices@becket-lee.com | Jan 24 2025 00:48:23 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14937385 | + | EDI: BANKAMER | Jan 24 2025 05:32:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14937386 | | EDI: TSYS2 | Jan 24 2025 05:32:00 | Barclays Bank, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 14937388 | | EDI: CRFRSTNA.COM | Jan 24 2025 05:32:00 | CFNA, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 14937389 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jan 24 2025 00:43:00 | Citadel FCU, Attn: Bankruptcy 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14937390 | | EDI: CITICORP | Jan 24 2025 05:32:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14937391 | + | EDI: WFNNB.COM | Jan 24 2025 05:33:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14937392 | + | EDI: WFNNB.COM | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 23, 2025 | Form ID: 318 | Total Noticed: 38 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 24 2025 05:33:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14937393 | + | EDI: WFNNB.COM | | |
| | | | Jan 24 2025 05:33:00 | Comenity Capital/Sephora, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14937394 | + | EDI: WFNNB.COM | | |
| | | | Jan 24 2025 05:33:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14937395 | + | Email/Text: bncnotifications@pheaa.org | | |
| | | | Jan 24 2025 00:42:00 | Cornerstone, Pob 60610, Harrisburg, PA 17106-0610 |
| 14937396 | | EDI: DISCOVER | | |
| | | | Jan 24 2025 05:32:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14937397 | | EDI: IRS.COM | | |
| | | | Jan 24 2025 05:32:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14937398 | | EDI: JPMORGANCHASE | | |
| | | | Jan 24 2025 05:32:00 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 14937399 | | Email/Text: inchargehq@westcreekfin.com | | |
| | | | Jan 24 2025 00:43:00 | Koalafi, Attn: Bankruptcy, Po Box 5518, Glen Allen, VA 23058-5518 |
| 14937400 | + | EDI: LENDNGCLUB | | |
| | | | Jan 24 2025 05:32:00 | Lending Club, Attn: Bankruptcy 595 Market st, San Francisco, CA 94105-2802 |
| 14937401 | | Email/Text: fesbank@attorneygeneral.gov | | |
| | | | Jan 24 2025 00:42:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14937405 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Jan 24 2025 00:42:00 | PNC Financial Services, Attn: Bankruptcy, 300 5th Ave, Pittsburgh, PA 15222-2401 |
| 14937402 | | EDI: PENNDEPTREV | | |
| | | | Jan 24 2025 05:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14937402 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Jan 24 2025 00:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14937403 | ^ | MEBN | | |
| | | | Jan 24 2025 00:34:11 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14937406 | + | Email/Text: bankruptcy1@pffcu.org | | |
| | | | Jan 24 2025 00:42:00 | Police & Fire FCU, Attn: Bankruptcy 901 Arch st, Philadelphia, PA 19107-2495 |
| 14937407 | ^ | MEBN | | |
| | | | Jan 24 2025 00:34:27 | Sofi Lending Corp/MOHELA, Attn: Bankruptcy, PO Box 1022, Chesterfield, MO 63006-1022 |
| 14937408 | | EDI: SYNC | | |
| | | | Jan 24 2025 05:32:00 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14937409 | + | EDI: SYNC | | |
| | | | Jan 24 2025 05:32:00 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14937410 | | EDI: SYNC | | |
| | | | Jan 24 2025 05:32:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 14937412 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | | |
| | | | Jan 24 2025 00:43:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14937414 | | Email/Text: bankruptcies@uplift.com | | |
| | | | Jan 24 2025 00:42:00 | Uplift Inc, Attn: Bankruptcy 440 N. Wolfe Road, Sunnyvale, CA 94085 |
| 14937415 | + | EDI: WFFC2 | | |
| | | | Jan 24 2025 05:32:00 | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |

TOTAL: 34

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jan 23, 2025 | Form ID: 318 | Total Noticed: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 25, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net  J100@ecfcbis.com |
| MICHAEL A. CIBIK | on behalf of Debtor Morgan Collins help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Morgan Collins <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–3234 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | _____ <br> First Name    Middle Name    Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 24–13728–pmm | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Morgan Collins

1/23/25

**By the court:** Patricia M. Mayer
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**